IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CALVIN ALPHONSE LEE,**           :

    **Plaintiff,**               :

**vs.**                          :        **CIVIL ACTION 04-0823-WS-C**

**JACK S. TILLMAN, et al.,**      :

    **Defendants.**           :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this 21st day of September, 2006.

                                    s/WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE