IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
CALVIN ALPHONSE LEE, #152056,   :

     Plaintiff,                 :

vs.                             :   CIVIL ACTION 04-0823-WS-M

JACK S. TILLMAN, et al.,        :

     Defendants.                :
```

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (ii) because Plaintiff's claims in this action are either frivolous or fail to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this 21st day of September, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE